# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **PRIMESOURCE INCORPORATED** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | **PRIMESOURCE, INC.** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 0 – 1 7 5 4 9 9 5 | |
| **4. Debtor's address** | **Principal place of business** <br><br> 4416 3RD AVENUE NORTH <br> Number    Street <br><br> Great Falls, MT 59405-1425 <br> City        State    ZIP Code <br><br> Cascade <br> County | **Mailing address, if different from principal place of business** <br><br> PO Box 6945 <br> Number    Street <br><br> Great Falls, MT 59406-6945 <br> City        State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> City        State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: | |

Debtor  **PRIMESOURCE INCORPORATED**                                          Case number (if known) _____
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No
- ☑ Yes. District **District of Montana**   When **11/14/2019**   **2:19-bk-61154-BPH**
                                            MM / DD / YYYY  Case number
        District _____   When _____  Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____   Relationship _____
        District _____   When _____
                              MM / DD / YYYY
        Case number, if known _____

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **2**

Debtor **PRIMESOURCE INCORPORATED**
Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>     What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>     Number    Street<br>     _____<br>     City                                State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999   ☐ 10,001-25,000                  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000           ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000          ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million        ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor  **PRIMESOURCE INCORPORATED**
Name

Case number *(if known)*

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/06/2025**
MM/ DD/ YYYY

X **/s/ HARLEY E. FUDGE**
Signature of authorized representative of debtor

**HARLEY E. FUDGE**
Printed name

Title **PRESIDENT**

**18. Signature of attorney**

X **/s/ Gary S. Deschenes**
Signature of attorney for debtor

Date **02/06/2025**
MM/ DD/ YYYY

**Gary S. Deschenes**
Printed name

**Deschenes & Associates Law Offices**
Firm name

**Po Box 3466**
Number    Street

**Great Falls**
City

**MT**
State

**59403-3466**
ZIP Code

**(406) 761-6112**
Contact phone

**gsd@dalawmt.com**
Email address

**2293**
Bar number

**MT**
State

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page **4**

## RESOLUTION OF PRIMESOURCE INCORPORATED

The undersigned, being directors, officers, and shareholders of Primesource Incorporated, a Montana corporation, do hereby file and adopt the following resolution:

RESOLVED, THAT THE PRESIDENT OF THE CORPORATION BE, AND IS HEREBY AUTHORIZED, TO PERFORM WHATEVER ACT IS NECESSARY TO RESOLVE THE FINANCIAL SITUATION OF THE CORPORATION, INCLUDING BUT NOT LIMITED TO, FILING A PETITION AND OTHER PAPERS IN BANKRUPTCY FOR PROTECTION UNDER THE BANKRUPTCY ACT.

DATED this 5th day of February, 2025.

_____
Harley E. Fudge

| | | |
|---|---|---|
| DESCHENES & ASSOCIATES LAW OFFICES<br>PO BOX 3466<br>GREAT FALLS, MT 59403-3466 | EQUIFY FINANCIAL LLC<br>777 MAIN STREET SUITE 3900<br>FORT WORTH, TX 76102 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| MONTANA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 7701<br>HELENA, MT 59604-7701 | MONTANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SPECIALIST<br>PO BOX 7701<br>HELENA, MT 59604-7701 | OPPORTUNITY BANK<br>PO BOX 4999<br>HELENA, MT 59604 |
| PRIMESOURCE INCORPORATED<br>4416 3RD AVENUE NORTH<br>GREAT FALLS, MT 59405-1425 | STOCKMAN BANK<br>PO BOX 2327<br>GREAT FALLS, MT 59403-2327 | |